UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| THOMAS MATTHEWS, on behalf of Himself and others similarly situated, | * * * |
| Plaintiff, | * * |
| v. | * Civil Action No. 1:24-cv-1550 * * |
| SENIOR LIFE INSURANCE COMPANY, | * * * |
| Defendant. | * |

## DECLARATION OF ERIC T. MITCHELL

I, Eric T. Mitchell, having personal knowledge of the matters asserted herein, do hereby declare as follows:

1. I am Senior Vice President and Treasurer of Senior Life Insurance Company ("SLIC"). I am over the age of 18, competent to testify in this action, and make this declaration from personal knowledge. I submit this Declaration in support of SLIC's Motion to Dismiss in the above-styled action (the "Lawsuit").

2. SLIC is an insurance company that provides insurance products and customer service to its policyholders and agents. I am familiar with SLIC's business operations including how it generates business to sell insurance products.

3. SLIC did not initiate or make the telephone calls to the Plaintiff identified in his Complaint that were allegedly made on August 26, 27, and 28, 2024.

4. SLIC has no record of initiating or making any telephone calls to the Plaintiff at any other time.

5. SLIC does not use the telephone number (239) 359-5582.

6. Daniel Swisa is not an employee of SLIC.

1

7.      Prior to the filing of the Lawsuit, SLIC had no knowledge of the calls received by Plaintiff as alleged in the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Eric T. Mitchell

_____11/05/24_____
Date

304166960v.1