**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| THOMAS MATTHEWS, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>vs.<br><br>SENIOR LIFE INSURANCE COMPANY<br><br>and<br><br>DANIEL SWISA<br><br>Defendants. | Case No. 1:24-cv-1550 |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DANIEL SWISA ONLY**

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41 as to Daniel Swisa only. The matter will continue against Senior Life Insurance Company.

RESPECTFULLY SUBMITTED AND DATED this July 28, 2025.

/s/ William Robinson
William Robinson
VSB:76098
319 N. Piedmont St., #1
Arlington VA. 22203
ph. 703-789-4800
wprlegal@gmail.com

/s/ Anthony I. Paronich
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com