# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

THOMAS MATTHEWS, ON BEHALF OF
HIMSELF AND OTHERS SIMILARLY
SITUATED

    Plaintiff,

vs.

SENIOR LIFE INSURANCE COMPANY

and

DANIEL SWISA

    Defendants.

Case No. 1:24-cv-1550

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DANIEL SWISA ONLY

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41 as to Daniel Swisa only. The matter will continue against Senior Life Insurance Company.

RESPECTFULLY SUBMITTED AND DATED this July 28, 2025.

/s/ William Robinson
William Robinson
VSB:76098
319 N. Piedmont St., #1
Arlington VA. 22203
ph. 703-789-4800
wprlegal@gmail.com

/s/ Anthony I. Paronich
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

So Ordered
/s/
Michael S. Nachmanoff
United States District Judge
7/30/29