UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| THOMAS MATTHEWS, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SENIOR LIFE INSURANCE COMPANY,<br><br>Defendant/Third-Party Plaintiff,<br><br>DANIEL SWISA,<br><br>Defendant,<br><br>v.<br><br>BRENDON THOMAS, MEGA INSURANCE PARTNERS INC., and SUPERIOR INSURANCE MARKETING INC.,<br><br>Third-Party Defendants. | Civil Action No. 1:24-cv-1550-MSN-LRV<br><br>JURY TRIAL DEMANDED |

### JOINT NOTICE OF SETTLEMENT

Plaintiff, Thomas Matthews, individually, and Defendant Senior Life Insurance Company ("SLIC") hereby notify this Court that they have reached a settlement in this case and are presently working to finalize the settlement agreement. Within sixty (60) days or such other time period ordered by the Court, the parties shall submit a Stipulation of Dismissal or Dismissal Order for entry by the Court of all claims asserted by Plaintiff and SLIC against all parties in this case. As no class has been certified, the settlement does not affect any putative class member.

So Ordered

/s/
Michael S. Nachmanoff
United States District Judge

12/16/25